AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE    **District of**    COLUMBIA

**FILED**

APR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JIBREEL REID

    Plaintiff , ET AL.,

        V.

U.S. PAROLE COMMISSION, ET AL.,

        Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    07-0725 PLF

JUDGE:

I, _Jibreel Reid, the Plaintiff_ , declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _USP Big SaNDy, Inez, Ky. 41224_

    Are you employed at the institution? _Yes._ Do you receive any payment from the institution? _A slaves Wages._
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.   _Please see the attached information._

2.  Are you currently employed?        ☒ Yes        ☐ No

    a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.) _I make about 0.89¢ a hour. ..or a little over_ $110.00 to $120.00 dollars a month.

    b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

                    N/A..........

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.   Business, profession or other self-employment        ☐ Yes        ☒ No
    b.   Rent payments, interest or dividends                 ☐ Yes        ☒ No
    c.   Pensions, annuities or life insurance payments       ☐ Yes        ☒ No
    d.   Disability or workers compensation payments          ☐ Yes        ☒ No
    e.   Gifts or inheritances                                ☐ Yes        ☒ No
    f.   Any other sources                                    ☐ Yes        ☒ No

**RECEIVED**

MAR 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    N/A

2

4.  Do you have any cash or checking or savings accounts? ☐ Yes  ☒ No

    If "Yes" state the total amount _____N/A_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

                           N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                           N/A

I declare under penalty of perjury that the above information is true and correct.

3-12-07
_____          _____
DATE                                    SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __1.08__ on account to his/her credit at (name of institution) __Big Sandy__ I further certify that the applicant has the following securities to his/her credit __0__

_____ _____ I further certify that during the past six months the applicant's

average balance was $ __41.92__

3/12/07
_____          _____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER