**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
US Parole Commission
5550 Friendship Blvd.
Chevy Chase, MD. 20815

Civil Action, File Number __CA-07-0725__

__Jibreel Reid__
V.
__US Parole Commission, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

5/2/07

_____
Signature (USMS Official)

5-2-07   BB   07-0725

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

U.S. Parole Commission
5550 Friendship Blvd.
Chevy Chase, MD

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/4/

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

[postmark: MAY 4 2007]

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☒ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7004 1160 0004 4136 8205

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLAINT
complaint in the above captioned manner at

ber and Street Name or P.O. Box No.

and Zip Code

p to Entity/Authority to Receive

Process

Date of Signature

Form USM-299
(Rev. 6/05)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Edward F. Reilly, Jr. Chairman
5550 Friendship Blvd.
Chevy Chase, MD. 20815

Civil Action, File Number __CA-07-0725 PLF__

__Jibreel Reid__
V.
__US Parole Commission, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_____
(Signature USMS Official)

### RETURN OF SERVICE OF SUMMONS AND COMPLAINT

I hereby certify and return that I have served the summons and complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Edward F. Reilly, Jr.
5550 Friendship Blvd.
Chevy Chase, MD

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 4 2007

3. Service Type
☑ Certified Mail  ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4136 8212

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Isaac Fulwood, Examiner
5550 Friendship Blvd.
Chevy Chase, MD. 20815

Civil Action, File Number __CA-07-0725 PLF__

__Jibreel Reid__
V.
__US Parole Commission, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ___ on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

[Attached USPS Form 3811 Domestic Return Receipt, handwritten:]

07-0725  BB  5-2-07

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Isaac Fulwood, Exmr.
5550 Friendship Blvd.
Chevy Chase, MD

COMPLETE THIS SECTION ON DELIVERY
A. Signature  X  ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: ARLINGTON ROAD STATION MAY 4 2007 20814]

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7004 1160 0004 4136 8236

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[Right side of form, partially obscured:]
...days, you (or the party on whose behalf you ...laint in any other manner permitted by law.
...ehalf you are being served) must answer the ... by default will be taken against you for the
... of Summons and Complaint By Mail was
_____
(SMS Official)

COMPLAINT
complaint in the above captioned manner at
_____
Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
P. Benton, Examiner
5550 Friendship Blvd.
Chevy Chase, Md. 20815

Civil Action, File Number __CA-07-0725 PLF__

__Jibreel Reid__
V.
__US Parole Commission, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

[Attached domestic return receipt card showing:
- Signed 5-2-07, 07-0725 BB
- Article addressed to: P. Benton, Examiner, 5550 Friendship Blvd, Chevy Chase, MD
- Article Number: 7004 1160 0004 4136 8229
- Certified Mail, Registered
- Postmark MAY 4 2007
- PS Form 3811, February 2004, Domestic Return Receipt, 102595-02-M-1540]

...ipt of Summons and Complaint By Mail was
...(SMS Official)
...COMPLAINT
...complaint in the above captioned manner at
...er and Street Name or P.O. Box No.
...d Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev 6/95)