UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0725 (PLF) |
| | ) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant[1], the United States, respectfully moves for an enlargement of time of 1 week, up to and including July 10, 2007, for Defendants[2] to answer, move or otherwise respond to Plaintiff's Complaint. Since the *pro se* Plaintiff is incarcerated, it is impracticable for the undersigned counsel to confer with him about this Motion.[3] See Compl. caption. The grounds for this request are as follows:

---

[1] The Defendants' limited appearance herein in the form of this motion does not constitute acquiescence in the manner of service, a waiver of proper service, or a voluntary entrance of appearance.

[2] Because the undersigned counsel does not have authority to represent the three John Doe defendants on the merits of this case, including the presentation of pertinent defenses, this non-dispositive motion is only filed for the limited purpose of seeking this enlargement of time. It should thus be noted that the three John Doe defendants do not waive any defenses that can be raised pursuant to Rule 12(b) or otherwise including, but not limited to, deficiencies related to service, jurisdiction, and immunity.

[3] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se*. It does not require counsel to discuss those motions with incarcerated *pro se* parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

1.	A response to the Complaint is currently due on July 3, 2007.

2.	This is Defendants' first request for an extension.

3.	A dispositive motion has been partially completed but additional time is needed to confer with the agency involved before the motion can be finalized.

WHEREFORE, Defendants submit that this motion for an extension of time of seven days, up to and including July 10, 2007, to answer, move or otherwise respond to Plaintiff's Complaint, should be granted.

Dated: July 3, 2007                                  Respectfully submitted,

      Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE COMMISSION, *et al.*, )<br>)<br>)<br>        Defendants. )<br>) | Civil Action No. 07-00725 (PLF) |

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint was served upon *pro se* Plaintiff by first class mail addressed to:

JIBREEL REID
R 11277-007
USP BIG SANDY
P.O. Box 2068
Inez, KY 41224

on this 3rd day of July, 2007.

Respectfully submitted,

   /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIBREEL REID,** )<br>)<br>**Plaintiff,** )<br>v. )  **Civil Action No. 07-0725 (PLF)**<br>)<br>**UNITED STATES PAROLE COMMISSION,** *et al.,* )<br>)<br>**Defendants.** )<br>) | |

**ORDER**

Upon consideration of the Defendants' Motion for An Enlargement of Time to File an Answer or Otherwise Respond to the Complaint, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to and including July 10, 2007, to file an Answer or Otherwise Respond to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:
JIBREEL REID
R 11277-007
USP BIG SANDY
P.O. Box 2068
Inez, KY 41224