UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID, )<br> )<br> Plaintiff, )<br> v. ) Civil Action No. 07-0725 (PLF)<br> )<br>UNITED STATES PAROLE COMMISSION, *et al.*, )<br> )<br> )<br> Defendants. )<br> ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION
FOR AN AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants[1] respectfully move for an enlargement of time of three weeks, up to and including August 30, 2007, for Defendants to respond to Plaintiff's Motion for an Amended Complaint. See Docket Entry 11. Since the *pro se* Plaintiff is incarcerated, it is impracticable for the undersigned counsel to confer with him about this Motion.[2] See Compl. caption. The grounds for this request are as follows:

1. Defendants' response to the Plaintiff's Motion for an Amended Complaint is

 currently due on August 9, 2007.

2. Defendants' assigned counsel, Sherease Louis, is currently out of the office until

---

[1] The Defendants' limited appearance herein in the form of this motion does not constitute acquiescence in the manner of service, a waiver of proper service, or a voluntary entrance of appearance.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se*. It does not require counsel to discuss those motions with incarcerated *pro se* parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

August 9, 2007.

3. Upon her return, in addition to this matter, Ms. Louis has a number of other work matters that will require her immediate attention.

WHEREFORE, Defendants submit that this motion for an extension of time of three weeks, up to and including August 30, 2007, to file an opposition to Plaintiff's Motion for an Amended Complaint, should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9150

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIBREEL REID,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-0725 (PLF) |
| | ) |
| **UNITED STATES PAROLE COMMISSION,** *et al.,* | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### Certificate of Service

I hereby certify that I caused a copy of the foregoing Defendants' Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint was served upon *pro se* Plaintiff by first class mail addressed to:

JIBREEL REID
R 11277-007
USP BIG SANDY
P.O. Box 2068
Inez, KY 41224

on this 7th day of August, 2007.

Respectfully submitted,

　/s/ Quan K. Luong
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-514-9150/ FAX 202-514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-0725 (PLF) |
| | ) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for an Amended Complaint, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that all Defendants shall file a response on or before August 30, 2007.

_____
UNITED STATES DISTRICT JUDGE