UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID<br><br>　　　　Plaintiff<br>　v.<br><br>US PAROLE COMMISSION<br><br>EDWARD R. REILLY, JR., et al.<br>Chairman of the U.S. Parole Commission<br><br>ISAAC FULLWOOD<br>Examiner<br><br>P DENTON<br>Examiner<br><br>JOHN DOE'S<br>#1, #2, #3<br><br>　　　　Defendants. | )<br>)<br>)　Civil Action No.: 07-0725 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorneys Quan K. Luong and Sherease Louis as counsel for Federal Defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Jibreel Reid**, via U.S. postage addressed as follows:

**JIBREEL REID**
R 11277-007
USP BIG SANDY
P.O. Box 2068
Inez, KY 41224

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov