UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
JIBREEL REED,                         )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        Civil Action No. 07-0725 (PLF)
                                      )
U.S. PAROLE COMMISSION, *et al.*,     )
                                      )
            Defendants.               )
_____)

ORDER

It is hereby

ORDERED that plaintiff's unopposed motion to amend his complaint [Dkt. #11] is GRANTED. It is further

ORDERED that defendants' motion to dismiss [Dkt. # 9] and motion to dismiss for lack of jurisdiction [Dkt. # 9] are DENIED WITHOUT PREJUDICE. It is further

ORDERED that defendants shall file their response to plaintiff's amended complaint within 10 days of entry of this Order.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

Date: