UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0725 (PLF) |
| | ) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants[1] respectfully move for an enlargement up to and including December 10, 2007, for Defendants to respond to Plaintiff's Amended Complaint. Since the *pro se* Plaintiff is incarcerated, it is impracticable for the undersigned counsel to confer with him about this Motion.[2] The grounds for this request are as follows:

1. Defendants' response to the Plaintiff' Amended Complaint is currently due on November 21, 2007.

2. Although the undersigned has been in touch with Agency Counsel, there are still a few issues that need clarification.

---

[1] The Defendants' limited appearance herein in the form of this motion does not constitute acquiescence in the manner of service, a waiver of proper service, or a voluntary entrance of appearance.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se*. It does not require counsel to discuss those motions with incarcerated *pro se* parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

3.  This request reflects the fact that the period of the extension sought overlaps with the holiday period.

WHEREFORE, Defendants submit that this motion for an extension December 10, 2007, to file a response to Plaintiff's Amended Complaint, should be granted.

The undersigned respectfully requests a minute order.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0725 (PLF) |
| | ) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Motion for an Extension of Time to respond to Plaintiff's Amended Complaint was served upon *pro se* Plaintiff by first class mail addressed to:

JIBREEL REID
R 11277-007
USP BIG SANDY
P.O. Box 2068
Inez, KY 41224

on this 21st day of November, 2007.

```
                                    /s/
                          _____
                          KENNETH ADEBONOJO
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 4th Street, N.W. – Civil Division
                          Washington, D.C.  20530
                          (202) 514-7157
                          (202) 514-8780 (facsimile)
```