UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIBREEL REID, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE COMMISSION, *et al.*,)<br>)<br>)<br>        Defendants. )<br>) | Civil Action No. 07-0725 (PLF) |

DISMISSAL ORDER

Defendants filed a motion to dismiss or, in the alternative, for summary judgment on December 10, 2007. In its December 13, 2007 Order, the Court advised plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to file an opposition to defendants motion, and further advised plaintiff of the consequences of his failure to file an opposition by January 11, 2008. To date, plaintiff has not filed an opposition and has not requested additional time to do so. The Court treats defendants' motion as conceded.

Accordingly, it is hereby

ORDERED that defendants motion to dismiss or, in the alternative, for summary judgment [Dkt. #17] is GRANTED as conceded. This civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 23, 2008